USM-285 is a 5-part form. Fill form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

RECEIVED
FEB 18 2010
AT 8:30 _____ M
WILLIAM T. WALSH
CLERK

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hilda L. Solis, Secretary of Labor | 3:08-cv-00876 (D.N.J.) |
| DEFENDANT | TYPE OF PROCESS |
| Richard Kohler | Writ of Execution |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Serve Defendant Richard Kohler at 108 Hockhockson Road, Colts Neck, NJ 07722
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
Levy/seize ONE of Defendant's vehicles (see priority list in Writ of Execution) at above address

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Daniel Hennefeld
U.S. Department of Labor, Office of the Solicitor
201 Varick St., Room 983
New York, NY 10014

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Address: See above. Primary phone: 646-264-3688. Alternate phone (cell): 917-587-1540.
I am available any day/time during the week of 12/7/09. Not available 12/14/09 and 12/15/09. I need at least one day advance notice because I am coming from Manhattan.

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 646-264-3688
DATE: 11/25/09

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 50
District to Serve No. 50
Signature of Authorized USMS Deputy or Clerk: E. Baskerville
Date: 12/14/09

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Richard Kohler (Defendant)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only different than shown above)

Date: 12/29/09
Time: 0800 ☒ am ☐ pm
Signature of U.S. Marshal or Deputy: W. Fitzgerald

| Service Fee | Total Mileage Charges including endeavors | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or (Amount of Refund*) |
|---|---|---|---|---|---|
| $110.00 | $79.20 | — | $189.20 | | $0.00 |

REMARKS:
12/14/09 - Fwd to Trenton for svc.

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/80

3:08-cv-876-1