## CERTIFICATE OF SERVICE

I, DANIEL HENNEFELD, an employee of the United States Department of Labor, Office of the Solicitor, hereby certify that plaintiff's Application for Turnover Order and proposed Order was mailed by first class mail on March 16, 2010, to defendant/debtor Richard Kohler at the following address:

Richard Kohler, President
Brocon Petroleum, Inc.
108 Hockhockson Road
Colts Neck, NJ 07722

                                                      /s/
                                       DANIEL HENNEFELD
                                       Attorney