SOL: DH
(08) 01730

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

-------------------------------------------------------------
HILDA L. SOLIS, Secretary of Labor,               :
United States Department of Labor
                                                  :
              Plaintiff,
                                                  :
        v.                                            Civil Action
                                                  :
BROCON PETROLEUM, INC.,                               File No. 3:08-cv-00876 (FLW)
a Corporation, and                                :
RICHARD KOHLER, Individually and
as President,                                     :

              Defendants.                         :
-------------------------------------------------------------

RECEIVED
APR - 5 2010
AT 8:30
WILLIAM T. WALSH
CLERK

## TURNOVER ORDER

The United States Marshal's Service levied upon and seized a vehicle from judgment debtor Richard Kohler on December 29, 2009, pursuant to a Writ of Execution and Seizure Order issued by this Court on November 19, 2009, to enforce a Judgment ordered by the Court on December 11, 2008 in favor of the plaintiff Secretary of Labor, on behalf of complainant Scott Shevlin, against defendant Richard Kohler.

The above referenced vehicle was sold at the public auction sale conducted by the U.S. Marshal's Service on January 29, 2010.

Written notice of the time and place of the above referenced auction sale was posted and was served upon judgment debtor Richard Kohler by the U.S. Marshal's Service.

On February 2, 2010, the Court issued an Order Confirming Sale of Personal Property for the sale of the above referenced vehicle.

On February 16, 2010, the U.S. Marshal's Service filed a Report of Sale with the Court, and deposited with the Clerk of the Court the proceeds from the sale, less applicable expenses, in a net amount of $7,660.98.

It is therefore:

ORDERED, that the Clerk of the Court turn over the net proceeds of $7,660.98 from the above referenced sale to complainant Scott Shevlin, via check made payable to Scott Shevlin, and sent to the plaintiff Secretary of Labor at the following address: Occupational Safety and Health Administration, Attn: Brenda Judson, 201 Varick Street, Room 670, New York, New York 10014.

DATED: 4/5/10
Trenton, New Jersey

_____
HONORABLE FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE